# EXHIBIT A

# J.P.Morgan

P.O. BOX 15123
WILMINGTON, DE
19850-5123

AUTOPAY IS ON
See Your Account
Messages below
for details.

**Payment Due Date:**      **11/28/17**
**New Balance:**     $
**Minimum Payment:**     $

18414 BEX 9 3C717 D

$

AUTOPAY IS ON

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

# J.P.Morgan

Manage your account online:
www.jpmorganonline.com

Customer Service:
1-866-576-7575

Mobile: Download the
Chase Mobile® app today

## ACCOUNT SUMMARY

## PAYMENT INFORMATION

Minimum Payment Warning:

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

If you would like information about credit counseling services, call
1-866-797-2885.

## YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to
www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

& Item was transferred from lost / stolen account.

## ULTIMATE REWARDS® SUMMARY

| | | |
|---|---|---|
| Previous points balance | 211,791 | Start redeeming today. Visit Ultimate Rewards® at |
| + 3 Points per $1 earned on travel | 13,377 | www.ultimatierewards.com |
| + 3 Points per $1 earned on dining | 3,718 | |
| + 1 Point per $1 on all other purchases | 1,636 | |
| + Points moved from another account | 215,715 | |
| = Total points available for redemption | 446,237 | |

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/27 | AUTOMATIC PAYMENT - THANK YOU | |
| **PURCHASE** | | |

# J.P.Morgan

Manage your account online
www.jpmorganonline.com

Customer service
1-866-576-7575

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 10/30 | CANYON RANCH BERKSHIRES LENOX MA | 1,530.00 |
| 10/30 | CANYON RANCH BERKSHIRES LENOX MA | 1,530.00 |

CRAIG SMART

Statement Date:    11/03/17

0000001   FIS33339 D 6            000   Y   9   03   17/11/03        Page 2 of 3            09412   MA MA  18414   307100002060001841402

## ACCOUNT ACTIVITY                                      (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**2017 Totals Year-to-Date**

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Annual Percentage Rate (APR)

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| PURCHASES | | | |
| CASH ADVANCES | | | |
| BALANCE TRANSFERS | | | |
| | 14.24%(v)(d) | -0- | -0- |

31 Days in Billing Period

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

# **<u>EXHIBIT B</u>**



## Canyon Ranch visit

**Angela Seng** <aseng@canyonranch.com>
To: Kristin Chu Smart <chu.kristin@gmail.com>
Cc: Personal Dietary Needs Guest Distribution <PDN@canyonranch.com>

Sun, Dec 3, 2017 at 11:20 AM

Hi Kristin,

Thank you for your response and further information. I updated your profile in our Personal Dietary program which links up to the kitchen. Please be sure to identify yourself to your server so they can alert the culinary team.

Be in touch if you have any questions or concerns once reviewing the menu resource. Have safe travels into the Ranch next week!

Kind regards,

Angela

**Angela Seng**
Food Development Coordinator | Menu Development

**Canyon Ranch**
Ph: 520.749.9655, Ext. 4606
aseng@canyonranch.com

 Please consider the environment before printing this email

**From:** Kristin Chu Smart [mailto:chu.kristin@gmail.com]
**Sent:** Saturday, December 02, 2017 8:40 PM
**To:** Angela Seng
**Cc:** Personal Dietary Needs Guest Distribution
**Subject:** Re: Canyon Ranch visit

Dear Angela,

I appreciate your email. I have a severe tree nut and peanut allergy that requires that I carry an epi pen due to anaphylaxis to all nuts/peanuts. I will review the ingredient list when I check in.

Again, thank you for reaching out about my food allergies. I'm looking forward to my stay at canyon ranch next week.


Best,

Kristin


On Sat, Dec 2, 2017 at 6:11 PM, Angela Seng <aseng@canyonranch.com> wrote:

Dear Kristin,

I understand you are arriving to Canyon Ranch in Lenox on December 8th and that you cannot have nuts in your diet. I am writing to let you know I will leave you a copy of our Menu Ingredient List at Registration.  This document provides exhaustive information on all menu items and all of their ingredients. I trust it will help you navigate around what you need to avoid and provide information on the other options available.


If you have other information we should be aware of regarding your food sensitivities or allergies please be sure to talk to us before you arrive.  To keep you safe, we ask that you identify yourself to your server when you order so we can communicate the information correctly to the kitchen.


Additionally, if you would prefer to discuss the options or review the list with us, please feel welcome to call 888-708-0789 prior to or during your stay.


Healthy Regards,


**Angela Seng**
**Food Development** Coordinator | Menu **Development**



8600 E. Rockcliff Road | Tucson, Arizona 85750
Ph: 520.749.9655, Ext. 4606
aseng@canyonranch.com
canyonranch.com






DISCLAIMER: This message and any attachments are confidential and intended only for the use of the intended recipient. If the reader of this message is not the intended recipient, or the person responsible for delivering the message to the intended recipient, you are hereby notified that any distribution, disclosure, printing, copying, storage, modification or the taking of any action in reliance upon this transmission is strictly prohibited. If you have received this communication

# EXHIBIT C

1

# CANYONRANCH.

## CAFE MENU INGREDIENT LIST

**About your personal dietary needs at Canyon Ranch:**
We'd like our Canyon Ranch cuisine to be healthy for all our guests. We have created this list so that if you have food allergies or sensitivities, you can find foods that are appropriate for you.

*If you have received this list before arriving to Canyon Ranch* and you have food sensitivities, allergies, or are susceptible to anaphylactic reaction, please be sure to talk to Food Development before you arrive at 1-888-708-0769. We will then determine how we can accommodate your special needs.

*If you have just arrived* and have not already discussed your personal dietary needs with someone, please speak to a supervisor in the dining room or call Food Development at 1-888-708-0769 so that we may accommodate your needs. Special food requests take time to arrange, and we want to be able to accommodate you as quickly as possible.

On the following pages, you'll find ingredient and nutritional information for our daily menu items, a la carte items, and the specific products used in our recipes. Please use these lists to help you choose the best meals for you during your stay.

In addition, we suggest you keep the following in mind:

- We have Vegan, Gluten-Free and Low-Sodium diet guidance sheets available upon request. These sheets list a la carte items that can be combined to make healthy meal choices.

- The chicken, fish, and meat entrees are available grilled without spices or seasonings upon request.

- Occasionally the ingredients in the commercial items we use may be changed without our notification. We regret that we cannot guarantee that all ingredients for commercial items are correct.

- We use canola oil cooking spray in a variety of menu items. The cooking spray contents are listed on the Product Ingredient List.

- If you have special food requests or food allergies, Food Development can help you plan your menu while you are here. If you need a nutrition consultation, please call Program Advising to schedule an appointment with a nutritionist.

\*=Refer to Product or A la Carte Ingredient List
(V)= Vegan- Does not contain animal products. May contain honey.  (11/23/17)
(G)= Gluten free- Does not contain wheat, rye, or barley

6

## Café Ingredient List

| Calories | Carbohydrate gms | Protein gms | Fat gms | Fiber gms | Sodium mgs | Sugar gms | Ingredients |
|---|---|---|---|---|---|---|---|
| **Lunch: Soups** | | | | | | | |
| 65 | 13 | 2 | 2 | 2 | 344 | 3 | **(G) (V) Tomato & Roasted Garlic Soup** Tomatoes, *olive oil, celery, carrots, onions, garlic, garlic oil, *chardonnay, pureed tomatoes, black pepper, salt |
| 125 | 12 | 2 | 4 | 3 | 354 | 5 | **(G) (V) Carrot & Ginger Soup** Carrots, onions, ginger, celery root, *lite coconut milk, coconut oil, ginger juice, salt, black pepper |
| 225 | 27 | 11 | 8 | 3 | 398 | 2 | **Cheese Pizza** *Pizza Crust, *San Marzano tomatoes, salt, black pepper, *mozzarella cheese, basil |
| 205 | 29 | 8 | 6 | 5 | 341 | 4 | **Roasted Vegetable Pizza** *Pizza Crust, *San Marzano tomatoes, salt, black pepper, *mozzarella cheese, roasted vegetables (varies), *olive oil |
| 455 | 28 | 40 | 20 | 4 | 571 | 4 | **Lot No. 8 Burger** *Burger Bun, grass fed ground beef, *cheddar cheese, mustard greens, parsley, **Roasted Garlic Aioli:** *mayonnaise, roasted garlic, salt, **Pickled Vegetables:** *red wine vinegar, black peppercorns, bay leaf, cane sugar, salt, carrots, onions, turnips |
| 325 | 50 | 14 | 9 | 8 | 458 | 6 | **Vegetarian Burger** * Burger Bun, **Southwest Spicy Vegetarian Burger Patty**: Olive oil, onion, garlic, corn, zucchini, oyster mushrooms, red bell peppers, sea salt, chipotle powder, low sodium tamari, molasses, rolled oats (certified Gluten-Free), lime juice, lime zest, cilantro, tomatoes, black pepper, pumpkin seeds), **Corn Aioli:** corn, shallots, canola oil, *mayonnaise, salt, black pepper. **Garnish:** lettuce, tomato, onions |

*=Refer to Product or A la Carte Ingredient List
(V)= Vegan- Does not contain animal products.  May contain honey.  (11/23/17)
(G)= Gluten free- Does not contain wheat, rye, or barley

# **EXHIBIT D**

From: **Mindi Morin** <mmorin@canyonranch.com>
Date: Fri, Dec 8, 2017 at 7:35 PM
Subject: Canyon Ranch Lenox
To: chu.kristin@gmail.com <chu.kristin@gmail.com>

Good Evening Kristin,

Please see the ingredients below for our veggie burger. Again, I cannot apologize enough for this unacceptable error on our part. We would like for you and your mother to come back to Canyon Ranch and have the experience that you should have received filled with fitness, relaxation and celebration of your mother's birthday. Certainly not the one that you had.

Drive safe and please reach out to me with anything you might need.

<u>Vegetarian Burger</u>

Burger Bun, Mushroom Burger Patty: *olive oil, onions, garlic, Portobello mushrooms, oyster mushrooms, shiitake mushrooms, salt, black pepper, *Worcestershire sauce, *tamari sauce, Aleppo pepper, oat flour, cashews, brown rice flour, parsley, Corn Aioli: corn, shallots, canola oil, *mayonnaise, salt, black pepper. Garnish: lettuce, tomato, onions

**Mindi Morin**
General Manager | Administration


165 Kemble Street | Lenox, MA 01240
Ph: 413.637.4400, Ext. 5410
Fax: 413.637.0057
mmorin@canyonranch.com
canyonranch.com


 Please consider the environment before printing this emai

DISCLAIMER: This message and any attachments are confidential and intended only for the use of the intended recipient. If the reader of this message is not the intended recipient, or the person responsible for delivering the message to the intended recipient, you are hereby notified that any distribution, disclosure, printing, copying, storage, modification or the taking of any action in reliance upon this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail by return e-mail or by telephone and delete the message and attachments from your system.